IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION _____/ | No. C04-04574 CRB<br>C04-04575 CRB<br>C04-04892 CRB<br>C05-00220 CRB<br>C05-00382 CRB<br>C05-00992 CRB |

**ORDER**

The Court having consolidated the above mention cases into Master Docket C04-2676 CRB and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: March 6, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE